IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NEW HEIGHTS INTERNATIONAL, LLC**, | ) |
| Plaintiff, | ) |
| V. | ) Civil No. **06-26-GPM** |
| **PRIME DEVELOPMENT, INC.**, | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**DATED:** April 4, 2006

          s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**


**UNITED STATES MAGISTRATE JUDGE DONALD G. WILKERSON IS HEREBY ASSIGNED TO THIS CASE.**